UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B. AUGUSTINE, | No. 2:19-cv-2484-EFB P |
| Petitioner, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Respondent. | |

Petitioner is a state prisoner proceeding without counsel and seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 18, 2019, the court issued an order (ECF No. 3) notifying petitioner that he had neither filed an in forma pauperis affidavit nor paid the required filing fee ($5.00). The court granted petitioner 30 days to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee. In response, petitioner filed a copy of his prisoner trust account statement, but he did not file the required application/affidavit.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis; petitioner's failure to comply with this order may result in this action being dismissed; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: February 4, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE