UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B. AUGUSTINE,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Respondent. | No. 2:19-cv-2484-EFB P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding without counsel and seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 18, 2019, the court issued an order (ECF No. 3) notifying petitioner that he had neither filed an in forma pauperis affidavit nor paid the required filing fee ($5.00). The court granted petitioner 30 days to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee. In response, petitioner filed a copy of his prisoner trust account statement (ECF No. 5), but he did not file the required application/affidavit. On February 4, 2020, the court granted petitioner a second chance to submit the required affidavit. ECF No. 6. In response, petitioner again filed copies of his trust account statement and a mostly illegible letter. ECF No. 7. In an abundance of caution, the court will grant petitioner a final opportunity to submit the required affidavit.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district;
2. Within thirty days from the date of service of this order, petitioner must complete the form sent to him and file it with the court; and
3. Failure to comply with this order may result in this action being dismissed.

Dated:  March 11, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE