UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B. AUGUSTINE,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Respondent. | No.  2:19-cv-2484-EFB P<br><br><br>ORDER |

Petitioner proceeds without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 14, 2020, petitioner requested a second extension of time to file his amended petition pursuant to the court's April 23, 2020 order and for appointment of counsel.

As to the request for appointment of counsel, there currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing § 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings. The court will, however, grant his second request for an extension of time.

/////

Accordingly, it is ORDERED that:

1. Petitioner's request for appointment of counsel (ECF No. 14) is denied without prejudice;
2. Petitioner's request for an extension of time (ECF No. 15) is granted; and
3. Petitioner has 30 days from the date this order is served to file his amended petition.

Dated:  July 20, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE